(Post 11/2015)

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

EASTERN District of ARKANSAS

James Green, as Special Administrator of the Estate of Felix Williams, deceased, et al.

*Plaintiff*

v.

Skyline Highland Holdings, LLC, et al.

*Defendant*

) Case No. 4:17-cv-534-SWW

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SEE LIST ATTACHED AS EXHIBIT 'A'.

Date: August 25, 2017

/s/ Samantha B. Leflar
*Attorney's signature*

Samantha B. Leflar, AR 2010190
*Printed name and bar number*

Kutak Rock LLP, 234 E. Millsap Road, Suite 200
*Address*

Fayetteville, Arkansas 72703
*Address2*

479-973-4200
*Telephone number*

samantha.leflar@kutakrock.com
*Email Address*

CERTIFICATE OF SERVICE

On August 25, 2017, I filed the foregoing with the clerk of court via the CM/ECF system, which will serve a copy on the following:

Mr. Brian D. Reddick
Mr. Brent L. Moss
Mr. Robert W. Francis
Mr. Daniel K. Yim
Reddick Moss, PLLC
One Information Way, Suite 105
Little Rock, AR 72202
brian@reddickmoss.com
brent@reddickmoss.com
rob@reddickmoss.com
daniel@reddickmoss.com

Mr. H. Gregory Campbell
Campbell Law Firm, P.A.
One Information Way, Box 101
Little Rock, AR 72202
greg@GCampbell-law.com

/s/ Samantha B. Leflar
Name: Samantha B. Leflar
Bar Number: 2010190
Attorney for: Separate Defendants
Law Firm Name: Kutak Rock LLP
Law Firm Address: 234 E. Millsap Road, Suite 200
City State ZIP: Fayetteville, AR 72703
Phone Number: 479-973-4200
Email Address: samantha.leflar@kutakrock.com

Green, et al. vs. Skyline Holdings LLC, et al.
4:17-cv-00534-SWW

**EXHIBIT 'A' TO APPEARANCE OF COUNSEL**

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

- Catherine Atlas
- Patricia Cahoone
- Lindsey Clyburn
- Brittney Devazier
- Cynthia Dughetti
- Cara Harris
- Highlands of Little Rock Riley Holdings, LLC d/b/a Hillview Post-Acute and Rehabilitation Center
- Highlands of Little Rock South Cumberland Holdings, LLC d/b/a Capital Health and Rehabilitation Center
- Highlands of Little Rock West Markham Holdings, LLC d/b/a Little Rock Post-Acute and Rehabilitation Center
- Highlands of North Little Rock John Ashley Holdings, LLC d/b/a North Little Rock Health and Rehabilitation Center
- Tracy Holder
- JS Highland Holdings LLC
- Mishana Jackson
- Christina Lea Light
- Shantel Mitchell
- Joseph Schwartz
- Skyline Highland Holdings LLC
- Ashley Taylor
- Marty Tolbert
- Amanda Wallace