IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JAMES GREEN, as Special Administrator of the**     **PLAINTIFFS**
**Estate of Felix Williams, deceased; et al.**

v.     CASE NO. 4:17-CV-00534 BSM

**SKYLINE HIGHLAND HOLDINGS LLC, et al.**     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, judgment is entered for defendants.

IT IS SO ORDERED this 12th day of June 2018.

_____
UNITED STATES DISTRICT JUDGE